467 A.2d 66

In re Williams v. Burnette.

Appeal of Edith Williams a/k/a Edith Williams Parker.

Submitted September 9, 1983. Leslie F. Kidd, for appellant; Linda Burnette, appellee, in propria persona.

Before SPAETH, P.J., CAVANAUGH and HOFFMAN, JJ.

Order affirmed.

SPAETH, President Judge, filed a memorandum concurring statement.